**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**FRANKLIN WHITSON** **PETITIONER**
**Reg #90530-510**

**v.** **CASE NO. 2:26-CV-00067-BSM**

**C. HUMPHREY** **RESPONDENT**

**ORDER**

United States Magistrate Judge Jerome T. Kearney's proposed findings and recommended disposition [Doc. No. 18] is adopted. Franklin Whitson's amended petition for writ of habeas corpus is dismissed with prejudice. A certificate of appealability shall not issue.

IT IS SO ORDERED this 16th day of November, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE